**Electronically Filed
Supreme Court
SCWC-16-0000398
13-JUN-2017
12:12 PM**

SCWC-16-0000398

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

YURIE YAMANO,
Petitioner/Plaintiff-Appellant,

vs.

DOCTOR KEIICHI KOBAYASHI and DOCTOR KATIE HUANG,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000398; CIV. NO. 14-1-2135 (RAN))

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

It appearing that the judgment on appeal in the above-referenced matter not having been filed by the Intermediate Court of Appeals at the time the application for writ of certiorari was filed, see Hawaiʻi Revised Statutes § 602-59(a) (Supp. 2013); see also Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 36(b)(1) (2012),

IT IS HEREBY ORDERED that Petitioner's application for writ of certiorari, filed June 5, 2017, is dismissed without prejudice to re-filing the application pursuant to HRAP Rule 40.1(a) (2014) ("The application shall be filed within thirty

days after the filing of the intermediate court of appeals'
judgment on appeal or dismissal order, unless the time for
filing the application is extended in accordance with this
rule.").

DATED:  Honolulu, Hawaiʻi, June 13, 2017.

/s/  Mark E. Recktenwald

/s/  Paula A. Nakayama

/s/  Sabrina S. McKenna

/s/  Richard W. Pollack

/s/  Michael D. Wilson